THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL E. WAGNER, Appellant.— Judgment of conviction affirmed. All concur.

MAXWELL D. SILVERNAIL, Respondent, v. THE CITY OF SYRACUSE, Appellant. — Judgment and order affirmed, with costs. All concur.

TRADERS NATIONAL BANK OF ROCHESTER, Respondent, v. CATHERINE M. AMSDEN and Another, Appellants.— Judgment affirmed, with costs. All concur.

LUCIE HERDLE, Respondent, v. ABRAHAM GOLDSTEIN, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. All concur.

LEWIS W. MILLER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

WALTER CUTY, Appellant, v. INTERNATIONAL RAILWAY COMPANY and Another, Respondents.— Appeal dismissed, without costs, upon stipulation filed.

HOMER E. ROSS, Respondent, v. THOUSAND ISLAND PARK ASSOCIATION and Another, Appellants.— Appeal dismissed, without costs, upon stipulation filed.

THE L. D. SULLIVAN CO., INC., Appellant, v. CITY OF AUBURN, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

WILLIAM E. CARTER, Respondent, v. O. J. GLENN & SON and Another, Appellants. JAMES KELLEHER, Respondent, v. O. J. GLENN & SON and Another, Appellants.— Appeal in each case dismissed, without costs, upon stipulation filed.

EMORY L. SHANNON, Appellant, v. WALKER D. HINES, as Director-General of Railroads, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

CLARENCE ARMSTRONG, Appellant, v. ARTHUR J. MICHAELS, Respondent.— Appeal dismissed, with twenty dollars costs to respondent, pursuant to stipulation filed.

AGNES LACY MOORE, Respondent, v. FRED M. ROOD, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

ALICE H. MILLER, Respondent, v. NEW YORK STATE RAILWAYS, Appellant.— Appeal dismissed, without costs, upon stipulation filed.

UTICA GAS AND ELECTRIC COMPANY, Respondent, v. GEORGE A. GULLER and Others, Appellants.— Motion granted and appeal dismissed, with costs.

ELEAZER J. STILES, Respondent, v. RUBA H. STILES, Appellant.— Motion granted and appeal dismissed, with costs.

ELIZABETH JONAS, an Infant, etc., Appellant, v. AMERICAN MAGNESIUM CORPORATION, Respondent.— Motion granted and appeal dismissed, with costs.

C. OWEN GEER, Respondent, v. FREEMAN BRAZEAU, Appellant.— Motion granted and appeal dismissed.

ALMA JOY, Appellant, v. THOMAS HARRIS, Respondent.— Motion granted and appeal dismissed.

FRANCIS H. JOY, Appellant, v. THOMAS HARRIS, Respondent.— Motion granted and appeal dismissed.

LYMAN ROBINSON, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 14875.) — Motion granted and appeal dismissed.

CLAUDE M. ACKERSON, Appellant, v. NEW YORK TELEPHONE COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

EDWARD T. ROSE, Appellant, v. BUFFALO AND SUSQUEHANNA RAILROAD CORPORATION and Others, Respondents.— Motion granted and appeal dismissed, with costs.

ALICE A. MEAD, Appellant, v. NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.